UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 2:12-cr-00033-MR-DLH |
| | ) | |
| VS. | ) | |
| | ) | |
| KRISTY FRANKS | ) | MOTION FOR CONTINUANCE OF DOCKET CALL |

NOW COMES the Defandant, Kristy Franks, and shows unto the court the following:

1. That docket call in the presently pending matter is set for 1/28/13, less than thirty days in the future.

2. That this is a complicated matter, and further, additional time will be needed for the preparations of a defense in this matter.

3. That additionally, counsel for defendant has recently received discovery in this matter. Said discovery, which is voluminous, must be reviewed with his client.

4. Counsel has contacted the Assistant United States Attorney in this matter and has determined that he has no objection to this motion.

WHEREFORE, the Defendant, Kristy Franks, by and through attorney of record, Frank A. Abrams, respectfully moves the Court for an order granting a continuance of the scheduled docket call and trial, presently set for 1/28/13.

Respectfully submitted this the 1st day of January, 2013.

 S/ Frank A. Abrams Esq.
 Frank A. Abrams NC. Bar No. 34735
 Attorney for Defendant
 19 North Oak Forest Drive
 Asheville, North Carolina 28803
 Telephone: (828) 651-8966
 Cell (828) 337-2215
 Fax: (828) 651-8959
 E-mail: abramstra@prodigy.net

1.

CERTIFICATE OF SERVICE

    The undersigned certifies that on 1/1/13, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas.Kent@usdoj.gov

                                  _____
                                     S/ Frank A. Abrams

2.