# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
ASHEVILLE, NC
DEC 17 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

United States of America
v.
Kristy Franks

Case No. 2:12cr 33

RECEIVED
DEC -6 2012
United States Marshals Service
Western North Carolina

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kristy Franks,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
did possess with intent to distribute a quantity of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

Date: 12-5-12

_Frank G. Johns_
Issuing officer's signature

City and state: Asheville, NC

FRANK G. JOHNS, Clerk
Printed name and title

### Return

This warrant was received on *(date)* 12-08-12, and the person was arrested on *(date)* 12-11-12
at *(city and state)* Cullowhee NC.

Date: 12-11-12

SA /s/
Arresting officer's signature

SA Clayton Haines
Printed name and title